**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795  www.gottlieblaw.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/30/2024

April 29, 2024

**VIA ECF**
The Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Conference set for Tuesday, May 7, 2024 at 11:30 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Wednesday, June 12, 2024 at 3:30 p.m.**
>
> APPLICATION GRANTED
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 04/30/2024

Re:   *Delacruz v. New York Doctors Urgent Care, PLLC et. Al.*
       Case No.: 1:24-cv-0809-JHR-KHP

Dear Judge Parker,

The undersigned represents Emanuel Delacruz, ("Plaintiff") in the above referenced matter against Defendant, New York Doctors Urgent Care, PLLC, Et. Al., ("Defendant") (collectively the "Parties") and am Lead Counsel. Pursuant to Your Honor's Memo Endorsement dated April 17, 2024, there is an Initial Conference in the above referenced matter rescheduled for May 7, 2024 at 11:30 A.M. I respectfully request that this Conference be adjourned for another thirty days. I was recently hospitalized for two weeks in the intensive care unit and was released on Friday, April 26 and am still recovering from my illness. Additionally, I request that I be allowed to participate telephonically due to my disability which would make my physical appearance extremely difficult. This will not prejudice the Defendant in any way.

I thank the Court for its time and attention in this matter.

Respectfully submitted,

*/s/Jeffrey M. Gottlieb, Esq.*
Jeffrey M. Gottlieb, Esq.

cc: All Counsel of Record Via ECF